■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER BELLACH, Appellant.— Motion by appellant to dispense with printing and for other relief on appeal from an *order* of the County Court, Richmond County, dated November 3, 1960, denied. This motion was made prior to the order of this court dated December 14, 1960, which granted the appellant's motion to dispense with printing on his appeal from the *judgment* of his conviction. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWIN CHASE, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is further enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD HOLMES, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARVIN SMITH, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MELVIN VAUGHN, Appellant.— [In each action] Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961. The appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. CHARLES MESSINA, Defendant.— Motion by defendant, pursuant to statute (Code Crim. Pro., §§ 344, 346), to remove the trial of indictments from the County Court of Westchester County to a term of the Supreme Court held in another county, denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN B. MEYERS, Appellant.— Motion by appellant for reconsideration of his motion for assignment of counsel, granted. On reconsideration, motion for counsel assignment granted. August Zolotorofe, Esq., 26 Court Street, Brooklyn, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.